

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00142-CV

Joseph **GONZALEZ**,
Appellant

v.

**BANDERA COUNTY**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000236
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee, Bandera County, recover its costs of this appeal from appellant, Joseph Gonzalez.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice